**CLOSED**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| LEON EDGAR,  :  <br>  :  <br> Petitioner,  :  <br>  :  <br> v.  :  <br>  :  <br> DEPARTMENT OF HOMELAND  :  <br> SECURITY, et al.,  :  <br>  :  <br> Respondents.  :  | Civil No. 04-6274 (FSH)  <br>  <br> **O R D E R** |

Petitioner, Leon Edgar, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. It appears that:

1. On December 21, 2004, Petitioner filed the instant petition for a writ of habeas corpus, arguing that he was denied due process in the course of his immigration case and that the immigration courts charged him with a removable offense which should not have been so considered.

2. On April 28, 2005, this Court directed Respondents to answer the Petition. On May 17, 2005, Respondents submitted a letter and proposed Order requesting that this matter be transferred to the United States Court of Appeals for the Third Circuit, pursuant to the REAL ID Act, Pub. L. No. 109-13, 119 Stat. 231 (May 11, 2005).

3. On July 7, 2005, this Court entered an Order directing Petitioner to show cause as to why the matter should not be transferred. Petitioner has not responded to the Order. The

copy of the Order sent to Petitioner was returned to the Court marked "undeliverable" by the post office.  Petitioner has not informed the Court of an address change, as required by Local Civil Rule 10.1(a).

    THEREFORE,

    IT IS ON THIS  10th  day of  August , 2005;

    ORDERED that, in accordance with this Court's July 7, 2005 Order, the Clerk of the Court shall transfer this case to the Court of Appeals for the Third Circuit, pursuant to the REAL ID Act of 2005; and it is further

    ORDERED that the Clerk of the Court shall close the file in this matter.

                                             /s/   Faith S. Hochberg   
                                             United States District Judge